IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GEORGE ERWIN, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JEANNE S. WOODFORD ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | CV F 06-1523 OWW WMW HC <br><br> ORDER DENYING MOTION FOR RULING <br><br> [Doc. 5] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 8, 2006, Petitioner filed a motion requesting that this matter be assigned to a judge and be calendared for a decision within thirty (30) days.  This case was automatically assigned to both a district judge and a magistrate judge when it was transferred to this court.  Accordingly, Petitioner's request that it be assigned to a judge is moot.

The court does not have a mechanism for calendaring a matter for decision within thirty days. The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted. However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted. Case management at the court proceeds by the order cases are received. Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time. Petitioner can rest assured that the court acts to resolve all pending cases in the most efficient manner possible. Accordingly, Petitioner's case will be heard in due course.

Based on the above, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:     December 13, 2006**            **/s/  William M. Wunderlich**
bl0dc4                                       UNITED STATES MAGISTRATE JUDGE