IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GEORGE ERWIN, JR.,             )<br>                                                                )<br>                    Petitioner,                   )<br>                                                                )<br>            vs.                                              )<br>                                                                )<br> JEANNE S. WOODFORD                   )<br>                                                                )<br>                    Respondent.                )<br>                                                                )<br> _____ ) | CV F 06-1523 OWW WMW HC<br><br>ORDER ADMINISTRATIVELY CLOSING CASE AS DUPLICATIVE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

Petitioner filed the present action on October 30, 2006. However, Petitioner filed an earlier action, 1:05-CV-0798 OWW TAG HC, on June 17, 2005. This earlier case raises exactly the same grounds for relief raised in the present petition. The present petition is therefore duplicative and redundant. Accordingly, the Clerk of the Court is HEREBY

DIRECTED to administratively close this case.  The Clerk of the Court is directed not to file any further items in this case. Petitioner's grounds will be addressed in the earlier action.

IT IS SO ORDERED.

**Dated:    February 8, 2008**            _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE